UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO.  14-cv-60580-BLOOM/VALLE

ANTHONY MAZZEO, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

NATURE'S BOUNTY, INC.,
a New York corporation,

        Defendant.
_____/

**MOTION OF DEFENDANT NATURE'S BOUNTY, INC.
TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT
<u>WITH PREJUDICE</u>**

Pursuant to Rule 12(b)(1), Rule 12(b)(6), and Rule 9(b) of the Federal Rules of Civil Procedure, Defendant Nature's Bounty, Inc. ("Nature's Bounty") moves to dismiss Plaintiff's Amended Class Action Complaint with prejudice for the reasons described in the attached Memorandum of Law.  Despite being given the opportunity to replead his claims, Plaintiff has continued to fail to plead facts to satisfy any of the essential elements of his claims under *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), including, but not limited to, an actionable misrepresentation or a cognizable injury.  In addition, all of Plaintiff's claims sound in fraud, but Plaintiff has failed to plead facts to satisfy the heightened pleading standard of Rule 9(b).  Lastly, many of Plaintiff's claims fail for multiple additional reasons.  Because Plaintiff cannot cure the fundamental defects in his claims, Nature's Bounty respectfully requests that the Court enter an Order dismissing Plaintiff's Amended Class Action Complaint with prejudice.

| | |
|---|---|
| Dated: July 28, 2014 | /s/ Brian M. Ercole |
| | Robert M. Brochin, Esq. |
| | Florida Bar No. 319661 |
| | rbrochin@morganlewis.com |
| | Christopher J.M. Collings, Esq. |
| | Florida Bar No. 0184403 |
| | ccollings@morganlewis.com |
| | Brian M. Ercole, Esq. |
| | Florida Bar No. 0102189 |
| | bercole@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 200 South Biscayne Boulevard |
| | Suite 5300 |
| | Miami, Florida  33131-2339 |
| | Telephone:    305.415.3312 |
| | Facsimile:     305.415.3001 |

*Counsel for Nature's Bounty, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2014, I electronically filed the Motion Of Defendant Nature's Bounty, Inc. To Dismiss Plaintiff's Amended Class Action Complaint With Prejudice, along with the attached Memorandum Of Law In Support Of The Motion Of Defendant Nature's Bounty, Inc. To Dismiss Plaintiff's Amended Class Action Complaint With Prejudice and all exhibits thereto, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Brian M. Ercole
Brian M. Ercole